# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RON STROBO

    VS                                      CASE NO.  3:09cv103/RV/MD

COX ENTERPRISES, INC., et al.

**REFERRAL AND ORDER**

Referred to Judge Vinson on  04/08/2009

Type of Motion/Pleading  MOTION TO STAY PROCEEDINGS PENDING DECISION OF THE JUDICIAL MULTIDISTRICT LITIGATION ON DEFENDANT'S MOTION TO CONSOLIDATE AND TRANSFER

Filed by: Defendants      on 4/7/09      Doc. No. 9/10

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

                            on _____   Doc. No. _____
                            on _____   Doc. No. _____

WILLIAM M. McCOOL, CLERK OF COURT

*/s/ L. Uhl*
Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   8th   day of  April  , 2009, that:

(a)  The requested relief is GRANTED.

(b)  _____

*/s/ Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____   By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.