A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Jul 14, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**
JUL 1 5 2009
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____, DEPUTY

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 26, 2009

FILED
CLERK'S OFFICE

IN RE: COX ENTERPRISES, INC., SET-TOP CABLE
TELEVISION BOX ANTITRUST LITIGATION

MDL No. 2048

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On June 11, 2009, the Panel transferred four civil actions to the United States District Court for the Western District of Oklahoma for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable Robin J. Cauthron.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Western District of Oklahoma and assigned to Judge Cauthron.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Western District of Oklahoma for the reasons stated in the order of June 11, 2009, and, with the consent of that court, assigned to the Honorable Robin J. Cauthron.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Western District of Oklahoma. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 14, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

ATTEST: A true copy of the original
Robert D. Dennis, Clerk
By _____
Deputy

IN RE: COX ENTERPRISES, INC., SET-TOP CABLE
TELEVISION BOX ANTITRUST LITIGATION                MDL No. 2048

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**             **CASE CAPTION**

CALIFORNIA CENTRAL
  CAC  8   09-441              John Joseph Brady, et al. v. CoxCom, Inc.

CALIFORNIA SOUTHERN
  CAS  3   09-1045             Sharon Coughlin v. Cox Communications, Inc., et al.

FLORIDA NORTHERN
  FLN  3   09-103              Ron Strobo v. Cox Enterprises, Inc., et al.

LOUISIANA EASTERN
  LAE  2   09-3065             Barksdale Hortenstine v. CoxCom, Inc.
  LAE  2   09-3079             Danielle Smith v. Cox Enterprises, Inc., et al.
  LAE  2   09-3137             Toni Becnel v. Cox Enterprises, Inc., et al.
  LAE  2   09-3155             Robert M. Becnel v. Cox Enterprises, Inc., et al.
  LAE  2   09-3170             Brandy Zayas v. Cox Enterprises, Inc., et al.
  LAE  2   09-3264             David Abdullah v. CoxCom, Inc.
  LAE  2   09-3354             Carl Indest v. Cox Enterprises, Inc., et al.
  LAE  2   09-3624             Erica Martin v. Cox Enterprises, Inc., et al.
  LAE  2   09-3625             Paulette Zibilich v. Cox Enterprises, Inc., et al.

NEVADA
  NV  2   09-614               Sandra Prezgay v. Cox Communications, Inc., et al.